**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William G. Mathews
117 South Marion Street
Athens, AL 35611

2:10 CV 134 HGD

2. Article Number
   (Transfer from service label)   7008 0150 0001 7526 2123

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Valorie Yee    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes



UNITED STATES POSTAL SERVICE       First-Class Mail
                                   Postage & Fees Paid
                                   USPS
                                   Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

USDC CLERK'S OFFICE
Attn: KRYSTI MILLER
1729 5TH Ave. North
Birmingham, AL 35203