**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chawick Wise
   317 W. Market St.
   Athens, AL 35612

   2:10CV134 HGD

2. Article Number
   (Transfer from service label)   7008 0150 0001 7526 2130

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Beverly Simmons   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Beverly Simmons
C. Date of Delivery: 2/2/10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

USDC CLERK'S OFFICE
Attn: KRYSTI MILLER
1729 5TH Ave. North
Birmingham, AL 35203

SECURITY  FEB 03 2010