UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ARTHUR HIRSCH, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>WILLIAM MATHEWS, et al., )<br>)<br>Defendants ) | Case No. 5:10-cv-00134-HGD |

**O R D E R**

Defendant R.J. Wooten (identified by plaintiff in his complaint as Wooten Towing & Recovery Service) has filed a Motion to Dismiss. (Doc. 122). It is ORDERED that plaintiff shall file a response to the motion to dismiss within twenty-one (21) days from the date of entry of this order. Defendant shall file any reply within fourteen (14) days thereafter.

DONE this 18th day of January, 2011.

HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE